UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MURL DOUGLAS, JR., | ) Case No. CV 07-1409-GW(RC) |
| Petitioner, | ) |
| vs. | ) ORDER ADOPTING REPORT AND<br>) RECOMMENDATION OF<br>) UNITED STATES MAGISTRATE JUDGE |
| MATTHEW MARTEL, WARDEN,[1] | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the Second Amended Petition for writ of habeas corpus and dismissing the action with prejudice.

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Matthew Martel is substituted as respondent.

1      IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED: January 25, 2010

_____
                          GEORGE H. WU
                     UNITED STATES DISTRICT JUDGE

R&R\07-1409.ado
8/18/09

2