UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MURL DOUGLAS, JR., | ) Case No. CV 07-1409-GW(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| MATTHEW MARTEL, WARDEN,[1] | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the Second Amended Petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: January 25, 2010

*George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Matthew Martel is substituted as respondent.

R&R\07-1409.jud
8/18/09